UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ALBERTO FLORES GUTIERREZ, <br><br> Petitioner, <br><br> v. <br><br> PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, and TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security, <br><br> Respondents. | Case No. _____ <br><br> **PETITION FOR WRIT OF HABEAS CORPUS** |

## INTRODUCTION

1. Petitioner, Jose Alberto Flores Gutierrez, is a Mexican national whose date of birth is March 14, 1986. He entered the United States without inspection in May of 2004 and currently has a pending Asylum petition before the Boston Immigration Court. On information and belief, he was unlawfully detained by federal immigration agents on June 23, 2025.

2. On August 18, 2025, Immigration Judge Yul-mi Cho set a bond of $7500.00 finding him not to be a danger to society nor a flight risk.

3. On August 19, 2025, Mr. Flores' friends attempted to pay the bond and were informed that the Department of Homeland Security had filed a notice of intent to appeal the bond grant, and to continue to hold him in detention.

4. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus.

5. Petitioner asks this Court to find that he was unlawfully detained and order his release.

## JURISDICTION

6. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

7. Venue is proper because Petitioner is detained at the Plymouth County Correctional Facility in Plymouth, MA, and on information and belief is detained in the District of Massachusetts. The ICE Locator currently states that he is detained under the jurisdiction of the Boston Field Office, with instructions to call (781) 359-7500 for more information. This number is not manned, and no information is being provided through this number.

## PARTIES AND FACTS ALLEGED

8. The Petitioner, Jose Alberto Flores Gutierrez, is a Mexican national who, prior to being unlawfully detained, resided in Stamford, CT.

9. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement.

10. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

11. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement.

12. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

13. All respondents are named in their official capacities.

14. Petitioner is a Mexican national with a pending asylum application. On information and belief, he was detained without cause by U.S. Immigration and Customs Enforcement agents on June 23, 2025.

15. On information and belief, per the online ICE Detainee Locator, Petitioner is currently in custody in the District of Massachusetts.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

1. On information and belief, Petitioner is currently being arrested and detained by federal agents without cause and in violation of his constitutional rights to due process of law.

## PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

(1) Assume jurisdiction over this matter;

(2) Order that Petitioner shall not be transferred outside the District of Massachusetts;

(3) Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days.

(4) Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment.

(5) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.

(6) Grant any further relief this Court deems just and proper.

Dated: September 8, 2025                                        Respectfully submitted,

*Hans Bremer*
_____
Hans J. Bremer
Bremer Law & Associates, LLC
717 Allens Avenue, Suite 105
Providence, RI 02905
Mass BBO Bar No.: 674773
(401) 621-4000
Hans.j.bremer@bremerlawllc.com

*Counsel for Petitioner*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JOSE ALBERTO FLORES GUTIERREZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PATRICIA HYDE, Field Office Director, )<br>MICHAEL KROL, HSI New England Special )<br>Agent in Charge, and TODD LYONS, Acting )<br>Director U.S. Immigrations and Customs )<br>Enforcement, and KRISTI NOEM, U.S. Secretary )<br>of Homeland Security, )<br>)<br>Respondents. ) | Case No. ............................<br><br>**PETITION FOR WRIT OF**<br>**HABEAS CORPUS** |

**TABLE OF CONTENTS**

**In <u>Support of Writ of Habeas Corpus</u> Petition**

A. Immigration Judge's Decision Granting Bond-------------------------------------------------1

B. DHS Notice of Intent to Appeal the Bond Grant----------------------------------------------3

C. Receipt from Bond Appeal to the Board of Immigration Appeals-------------------------4



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
CHELMSFORD IMMIGRATION COURT

Respondent Name:
FLORES-GUTIERREZ, JOSE ALBERTO

To:
Bremer, Hans J.
717 Allens Avenue
Suite 105
Providence, RI 02905

A-Number:
240-451-505
Riders:
In Custody Redetermination Proceedings

Date:
08/18/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☑ Granted. It is ordered that Respondent be:
  ☐ released from custody on his own recognizance.
  ☑ released from custody under bond of $ 7,500.00
  ☑ other:
   The Respondent is hereby warned of his obligation to file Form EOIR-33 whenever he changes his address during the pendency of this proceeding. The Respondent is also warned of his obligation to attend the hearings at the time and place designated by the immigration court. The Respondent's failure to attend any hearing scheduled by the immigration court may result in a removal order entered in his absence. Finally, the Respondent must learn and comply with the laws of the United States and the state of his residence.

☐ Other:



Immigration Judge: CHO, YUL-MI 08/18/2025

Appeal:   Department of Homeland Security:   ☐ waived   ☑ reserved
          Respondent:                        ☐ waived   ☐ reserved
Appeal Due: 09/18/2025

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : FLORES-GUTIERREZ, JOSE ALBERTO | A-Number : 240-451-505
Riders:
Date: 08/18/2025 By: Files, Liam, Court Staff

U.S. Department of Justice  
Executive Office for Immigration Review

**Notice of ICE Intent to Appeal Custody Redetermination**

---

Date: __08/19/2025__

Alien Number: __240-451-505__

Alien Name: __Jose Flores-Gutierrez__

1. Immigration and Customs Enforcement (ICE) has:

    ☒ a. Held the respondent without bond.

    ☐ b. Set the respondent's bond at $ _____ .

2. The Immigration Judge on __08/18/2025__
                                  (Date)

    ☐ a. Authorized the respondent's release.

    ☒ b. Redetermined the ICE bond to $ __7,500__ .

3. Filing this form on __08/19/2025__ automatically stays the
                          (Date)

    Immigration Judge's custody redetermination decision. See 8 C.F.R. §1003.19(i)(2).

4. The stay shall lapse if ICE does not file a notice of appeal along with appropriate certification within ten business days of the issuance of the order of the Immigration Judge, or upon ICE's withdrawal of this notice, or as set forth in 8 C.F.R. §1003.6(c)(4) and (5).
    See 8 C.F.R. §1003.6(c)(1).

Casey Christo
_____
ICE Counsel

---

I, __Casey Christo__ , served the Notice of ICE Intent to Appeal Custody Redetermination on
        (Name)

__Hans J. Bremer, Esq.__ , on __08/19/2025__ .
(Respondent or Respondent's Representative)        (Date)

CASEY J CHRISTO  
Digitally signed by CASEY J CHRISTO  
Date: 2025.08.19 10:20:59 -04'00'

Signature



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

**FLORES-GUTIERREZ, JOSE ALBERTO**
**A240-451-505**
**26 LONG POND ROAD**
**PLYMOUTH, MA 02360**

**DHS/ICE OFFICE OF CHIEF COUNSEL - CHE**
**P.O.BOX 8728**
**BOSTON, MA 02114**

Name: FLORES-GUTIER...

A240-451-505

Type of Proceeding: Removal

Date of this notice: 8/29/2025

Type of Appeal: Bond Appeal

Filed by: DHS

## FILING RECEIPT FOR APPEAL FILED BY DHS

The Board of Immigration Appeals acknowledges receipt of the appeal from DHS filed on 8/28/2025 in the above-referenced case.

**REPRESENTATION BEFORE THE BOARD**

You may be represented in these proceedings before the Board of Immigration Appeals (BIA or Board). If you want to be represented, **your representative must complete the enclosed form EOIR-27** (Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals) and file it with the Board as soon as possible in accordance with the Filing Instructions below.

Unless a Form EOIR-27 is received from your representative, you will be considered pro se (representing yourself) before the Board and all future notices, including the Board's decision, will be sent directly to you at your address above and not to your representative. Please note that the Board does not recognize a Form EOIR-28 (Notice of Entry of Appearance before the Immigration Court).

If the respondent/applicant is unrepresented (also called pro se) and receives assistance on documents to be filed with the Board (such as help preparing an appeal, motion, form, briefs, or other documents), a Notice of Entry of Limited Appearance for Document Assistance before the Board of Immigration Appeals (Form EOIR-60) must be submitted with the document(s) that assistance was provided when filed with the Board.

**WARNING:** If you have been granted voluntary departure by the Immigration Judge, you must submit sufficient proof of having posted the voluntary departure bond set by the Immigration Judge to the Board of Immigration Appeals. Your submission of proof must be provided to the Board within 30 days of filing this appeal. If you do not timely submit proof to the Board that the voluntary departure bond has been posted, the Board cannot reinstate the period of voluntary departure. 8 C.F.R. § 1240.26(c)(3)(ii).

**FILING INSTRUCTIONS**

4

In all future correspondence or filings with the Board, please list the name and registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for <u>every</u> family member who is included in this appeal.

If you have any questions about how to file something at the Board, please review the Board's Practice Manual contained within EOIR's Policy Manual and found on EOIR's website at [www.usdoj.gov/eoir](www.usdoj.gov/eoir).

<u>Certificate of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals</u> -- including correspondence, forms, briefs, motions, and other documents. If you are the Respondent or Applicant, the "Opposing Party" is the DHS Counsel at the address shown above. Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them. <u>Any submission filed with the Board without a certificate of service on the opposing party will be rejected</u>. See Chapter 3.2 (Service) of the Board's Practice Manual.

**FILING INSTRUCTIONS -- IMPORTANT REMINDER**

Electronic filing through ECAS is mandatory for attorneys and accredited representatives appearing as practitioners of record (filed a Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals (Form EOIR-27)), as well as for DHS in every case that is eligible for electronic filing. See 8 C.F.R. §§ 1003.2(g)(4), 1003.3(g)(1), 1003.31(a).

Where electronic filing is not required, use of an overnight courier service to the address listed in the FILING ADDRESS: section below is encouraged to ensure timely filing.

**FILING ADDRESS**

Board of Immigration Appeals
Clerk's Office
5107 Leesburg Pike, Suite 2000
Falls Church, VA 22041

Business hours: Monday through Friday, 8:00 a.m. to 4:30 p.m.

cc:                                                                TurnerM
    ✓
Hans J. Bremer                                          Userteam: PCM
717 Allens Avenue, Suite 105
Providence, RI 02905

5