UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE ALBERTO FLORES GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 25-12489-LTS<br>)<br>)<br>)<br>)<br>) |

JUDGMENT

October 1, 2025

SOROKIN, J.

Pursuant to the Order dated September 17, 2025, Doc. No. 10, the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described. Each party shall bear their own fees and costs.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge