UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE ALBERTO FLORES GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, *et al.*,<br><br>Respondents. | No. 25-cv-12489-LTS |

**NOTICE OF APPEAL**

Respondents hereby appeal from the Court's Judgment entered October 1, 2025 (Doc. No. 11), including the Order on Petition for Writ of Habeas Corpus dated September 17, 2025 referenced therein (Doc. No. 10), in the above-captioned case to the United States Court of Appeals for the First Circuit.

Dated: November 28, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on November 28, 2025.

Dated: November 28, 2025

                                            */s/ Nicole M. O'Connor*
                                            Nicole M. O'Connor
                                            Assistant U.S. Attorney