# United States Court of Appeals
## For the First Circuit

_____

No. 25-2147

JOSE ALBERTO FLORES GUTIERREZ,

Petitioner - Appellee,

v.

PATRICIA HYDE, Field Office Director; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security,

Respondents - Appellants.

_____

**JUDGMENT**

Entered: December 19, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Hans J. Bremer
Donald Campbell Lockhart
Rayford A. Farquhar
Abraham R. George
Nicole Marie O'Connor